RENEE R. MOTYKA, as Administratrix of the Estate of MICHAEL MOTYKA, Deceased, Respondent, *v.* CITY OF OSWEGO, Appellant.

Argued October 17, 1955; decided November 23, 1955.

*David J. Read, City Attorney,* for appellant.

*D. Charles O'Brien* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.